FRANK ANDRETTA, Respondent, v. DUTCHESS BLEACHERY, INC., Appellant.— Order granting plaintiff's motion to set aside verdict and for a new trial unani-

mously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.